## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. TROUP, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, )<br><br>Defendants. ) | **C. A No. 06-010-SLR** |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE          :
                                              : ss.
COUNTY OF NEW CASTLE   :

I, Robert R. Davis, being duly sworn, according to law, depose and say:

1.    I am an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware and a member of the bar of this Court. I am an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters, and I have personal knowledge of the matters set forth herein.

2.    On February 3, 2006, in accordance with 29 U.S.C. § 1132(h), I caused a true and correct copy of the Complaint in this action to be mailed, by certified mail, return receipt requested to Mr. John Snow, U.S. Secretary of Treasury, Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220.

3.    On February 3, 2006, in accordance with 29 U.S.C. § 1132(h), I caused a

true and correct copy of the Complaint in this action to be mailed, by certified mail, return receipt requested to Ms. Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, Frances Perkins Building, 200 Constitution Avenue NW, Washington, D.C. 20210.

    4.    True and correct copies of the return receipts for these mailings are attached as Exhibits A and B.

 

Robert R. Davis (#4536)

SWORN TO AND SUBSCRIBED before me this 16th day of February, 2006.

Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07