UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 05-702 (SLR) |
| THOMAS S. TROUP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>Defendants. | CIVIL ACTION NO. 06-10 (SLR) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the above-captioned actions assert identical claims under ERISA against the same defendants relating to the same defined benefit pension plan;

WHEREAS, Plaintiffs in the *Troup* action served a Notice of Lawsuit and Request for Waiver of Service of Summons on Defendants on January 19, 2006;

WHEREAS, the *Troup* complaint is substantially identical to the complaint in the *Charles* action, and seeks the identical relief under the identical claims;

WHEREAS, a motion to dismiss has been filed and briefed in the *Charles* action, and the complaint in the recently filed *Troup* action is substantially identical to the complaint in the *Charles* action;

NOW THEREFORE, plaintiffs and defendants, by and through their respective counsel, hereby stipulate and agree (subject to Court approval) as follows:

Defendants shall be deemed to have timely filed a motion to dismiss in the *Troup* action, and Defendants hereby adopt their motion to dismiss filed in the *Charles* action, and all accompanying papers, including the Opening Brief and Appendix, which shall be deemed filed in the *Troup* action. Plaintiff Troup hereby adopts the Answering Brief and Appendix filed by the plaintiffs in the *Charles* action, which shall be deemed filed in the *Troup* action, and Defendants hereby adopt their Reply Brief filed in the *Charles* action, which shall be deemed filed in the *Troup* action.

| | |
|---|---|
| **CHIMICLES & TIKELLIS LLP** | **PEPPER HAMILTON LLP** |
| By: /s/ Robert R. Davis<br>Pamela S. Tikellis (#2172)<br>Robert R. Davis (#4536)<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>302-656-2500 (telephone)<br>302-656-9053 (fax) | By: /s/ M. Duncan Grant<br>M. Duncan Grant (#2994)<br>Larry R. Wood, Jr. (#3262)<br>Hercules Plaza, Suite 5300<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302-777-6500 (telephone)<br>302-421-8390 (fax) |
| **CHIMICLES & TIKELLIS LLP**<br>James R. Malone, Jr.<br>(*pro hac vice*)<br>Joseph G. Sauder<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>610-642-8500 (telephone)<br>610-649-3633 (fax)<br><br>Attorneys for Plaintiffs<br><br>Dated: March 1, 2006 | **PEPPER HAMILTON LLP**<br>Susan Katz Hoffman<br>(*pro hac vice*)<br>Kay Kyungsun Yu<br>(*pro hac vice*)<br>Barak A. Bassman<br>(*pro hac vice*)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>215-981-4000 (telephone)<br>215-981-4750 (fax)<br><br>Attorneys for Defendants<br><br>Dated March 2, 2006 |

## [PROPOSED] ORDER

Approved and so Ordered this _____ day of _____, 2006.

**BY THE COURT:**

_____
Sue L. Robinson
Chief U.S. District Judge