IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. TROUP, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>            Defendants. | CIVIL ACTION NO. 06-10(SLR)<br><br><br><br><br><br>**CLASS ACTION** |

### NOTICE OF APPEARANCE

TO:    Clerk of the Court
         District Court of Delaware
         800 N. King Street
         Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiff, Thomas S. Troup.

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
A. Zachary Naylor (I.D. No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 26, 2006