IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. TROUP, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN,<br><br>     Defendants. | CIVIL ACTION NO. 06-10(SLR)<br><br><br><br><br><br>**CLASS ACTION** |

## NOTICE OF WITHDRAW

TO: Clerk of the Court
   District Court of Delaware
   800 N. King Street
   Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as attorney for the Plaintiff, Thomas S. Troup.

**CHIMICLES & TIKELLIS LLP**

_____
Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 26, 2006