# CERTIFICATE OF SERVICE

I, M. Duncan Grant, hereby certify that on June 22, 2006, a true and correct copy of the foregoing Defendants' Motion for Clarification and/or Re-Argument of Memorandum of Opinion and Order was served upon the following in the manner indicated:

| | |
|---|---|
| Pamela S. Tikellis | James R. Malone, Jr. |
| Robert J. Kriner, Jr. | Joseph G. Sauder |
| A. Zachary Naylor | One Haverford Centre |
| Robert R. Davis | 361 West Lancaster Avenue |
| CHIMICLES & TIKELLIS LLP | Haverford, PA 19041 |
| One Rodney Square | *(via e-filing)* |
| P.O. Box 1035 | |
| Wilmington, DE 19899 | |
| *(via e-filing)* | |

Attorneys for Plaintiffs

/s/ M. Duncan Grant
M. Duncan Grant (#2994)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500 (telephone)
(302) 421-8390 (fax)