IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. TROUP, on behalf of himself and all other similarly situated, | ) ) ) ) | CIVIL ACTION NO. 06-10 (SLR) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| PEPCO HOLDINGS, INC.; CONECTIV; and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION TO EXTEND TIME TO ANSWER, RESPOND OR MOVE AND [PROPOSED] ORDER

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants to answer, respond or otherwise move in response to the complaint is hereby extended until ten (10) days after the Court issues a ruling on Defendants' Motion for Clarification and/or Re-argument.

| **CHIMICLES & TIKELLIS LLP** | **PEPPER HAMILTON LLP** |
|---|---|
| By: /s/ A. Zachary Naylor<br>Pamela S. Tikellis (#2172)<br>A. Zachary Naylor (#4439)<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>302-656-2500 (telephone)<br>302-656-9053 (fax) | By: /s/ M. Duncan Grant<br>M. Duncan Grant (#2994)<br>Larry R. Wood, Jr. (#3262)<br>Hercules Plaza, Suite 5300<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302-777-6500 (telephone)<br>302-421-8390 (fax) |

| | |
|---|---|
| **CHIMICLES & TIKELLIS LLP** | **PEPPER HAMILTON LLP** |
| James R. Malone, Jr. | Susan Katz Hoffman |
| (*pro hac vice*) | (*pro hac vice*) |
| Joseph G. Sauder | Kay Kyungsun Yu |
| One Haverford Centre | (*pro hac vice*) |
| 361 West Lancaster Avenue | Barak A. Bassman |
| Haverford, PA  19041 | (*pro hac vice*) |
| 610-642-8500 (telephone) | 3000 Two Logan Square |
| 61 0-649-3633 (fax) | 18th and Arch Streets |
| | Philadelphia, PA  19103-2799 |
| Attorneys for Plaintiffs | 215-981-4000 (telephone) |
| | 215-981-4750 (fax) |
| | |
| | Attorneys for Defendants |
| Dated:  June 22, 2006 | Dated:  June 22, 2006 |