## [PROPOSED] ORDER

Approved and so Ordered this          day of                    , 2006.

### BY THE COURT:

_____

Sue L. Robinson
Chief U.S. District Judge

-3-