UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J. MICHAEL CHARLES; MAURICE W. WARD, JR.; and JOSEPH I. FINK, JR., on behalf of themselves and all others similarly situated, | ) ) ) ) | C.A. NO. 05-702 (SLR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) | |
| Defendants. | ) ) | |
| THOMAS S. TROUP, on behalf of himself and all others similarly situated, | ) ) ) | C.A. NO. 06-10 (SLR) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PEPCO HOLDINGS, INC; CONECTIV, and PEPCO HOLDINGS RETIREMENT PLAN, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 14, 2006, he caused to be served copies of the Plaintiffs' Consolidated Fed. R. Civ. P. 26(a)(1) Initial Disclosures upon the following counsel in the manner indicated:

|  |  |
|---|---|
| <u>**BY HAND DELIVERY**</u> | <u>**BY FIRST CLASS MAIL, POSTAGE PREPAID**</u> |
| M. Duncan Grant<br>Sasha L. Alazar<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5300<br>1313 Market Street<br>Wilmington, DE 19899-1709 | Susan Katz Hoffman<br>Larry R. Wood, Jr.<br>Kay Kyungsun Yu<br>Barak A. Bassman<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799 |

Dated: July 14, 2006

**CHIMICLES & TIKELLIS LLP**

/s/ A. Zachary Naylor
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500 (telephone)
302-656-9053 (fax)

and

**CHIMICLES & TIKELLIS LLP**
James R. Malone, Jr.
    (*pro hac vice*)
Joseph G. Sauder
    (*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)

*Attorneys for Plaintiffs*